IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

THOMAS JOERN WOLTER,

    Plaintiff,

VS.                                NO. 04-2748-MaP

U.S. DEPT. OF HOMELAND SECURITY,

    Defendant.

## ORDER TO SHOW CAUSE

Before the court is Defendant's February 8, 2005 motion to dismiss. Plaintiff has not yet responded to the motion, and the time for response has passed.

Plaintiff is hereby ordered to show cause within eleven (11) days from the date of this order as to why Defendant's motion should not be granted.

IT IS SO ORDERED this 17th day of May 2005.

                                            SAMUEL H. MAYS, JR.
                                            UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-20-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:04-CV-02748 was distributed by fax, mail, or direct printing on May 20, 2005 to the parties listed.

---

Jamie B. Naini
LAW OFFICE OF JAMIE B. NAINI
5909 Shelby Oaks Dr.
Ste. 153
Memphis, TN 38134

William W. Siler
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT