IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

US AUG -4 PM 4: 00

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| THOMAS JOERN WOLTER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 04-2748-MaP |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| HOMELAND SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS AND DISMISSING PLAINTIFF'S PETITION

On September 22, 2004, petitioner Thomas Joern Wolter ("Wolter") filed a "Petition for a Hearing on Naturalization Application Under 8 U.S.C. § 1447(b)." Defendant United States Department of Homeland Security ("DHS") filed a motion to dismiss Wolter's petition on February 8, 2005. DHS, in its motion to dismiss, argues that Wolter's petition for a hearing is moot because DHS adjudicated Wolter's naturalization petition on January 19, 2005. On May 17, 2005, the court entered an order requiring Wolter to show cause within 11 days from the date of the order as to why DHS's motion should not be granted. Wolter has not filed a response.

For good cause shown, Defendant's motion to dismiss is GRANTED and Plaintiff's petition is DISMISSED.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ___8-5-05___

10

So ORDERED this **3d** day of August 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:04-CV-02748 was distributed by fax, mail, or direct printing on August 5, 2005 to the parties listed.

William W. Siler
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Jamie B. Naini
LAW OFFICE OF JAMIE B. NAINI
5909 Shelby Oaks Dr.
Ste. 153
Memphis, TN 38134

Honorable Samuel Mays
US DISTRICT COURT